UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4
Eastern Division

Bridie Baucum
            Plaintiff,
v.                Case No.: 1:21−cv−02708
                Honorable Mary M. Rowland
Life Insurance Company Of North America
            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 8, 2022:

  MINUTE entry before the Honorable Mary M. Rowland: The court has reviewed the joint status report. The parties reached an agreement in principle to settle this matter during the settlement conference. The parties are currently finalizing several terms contained within the proposed settlement release agreement and request additional time to reach an agreement in full. By 4/28/22 parties shall file a stipulation to dismiss or status report on settlement. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.